Gregory L. Weeks, Esq., CSB 58584
Janet Robertson Kaufman, Esq., CSB 116143
Gregory K. Nelson, Esq., CSB 203029
Chandler G. Weeks, Esq., CSB 245503
WEEKS, KAUFMAN, NELSON & JOHNSON
462 Stevens Avenue, Suite 310
Solana Beach, CA 92075
(858) 794-2140
Email: office@wknjlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OAKLEY, INC., a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WEYCO GROUP, INC., a Wisconsin Corporation, dba NUNN BUSH,<br><br>Defendants. | Case No.:<br><br>'08 CV 0480 L RBB<br><br>CERTIFICATION AS TO INTERESTED PARTIES<br><br>LOCAL RULE 4.6 |

The undersigned, counsel for Plaintiff Oakley, Inc., certifies that the following parties have a direct pecuniary interest in the outcome of this case. These representations are made to enable the court to evaluate possible disqualification or refusal:

By way of merger completed on November 14, 2007, Oakley, Inc. is now an indirect wholly owned subsidiary of Luxottica Group S.p.A.

DATED:                              WEEKS, KAUFMAN, NELSON & JOHNSON

                                    _____
                                    CHANDLER G. WEEKS
                                    Attorney for Plaintiff, Oakley, Inc.

Certification as to Interested Parties

1