Gregory L. Weeks, Esq., CSB No. 58584
Janet Robertson Kaufman, Esq., CSB No. 116143
Gregory K. Nelson, Esq., CSB No. 203029
Chandler G. Weeks, Esq., CSB No. 245503
WEEKS, KAUFMAN, NELSON & JOHNSON
462 Stevens Avenue, Suite 310
Solana Beach, CA 92075
Telephone: (858) 794-2140
Fax: (858) 794-2141
Email: Office@wknjlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OAKLEY, INC., a Washington Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WEYCO GROUP, INC., a Wisconsin Corporation, dba NUNN BUSH,<br><br>Defendant | Case No.: 08 CV 0480 L RBB<br><br>**JOINT MOTION TO EXTEND DATE FOR DEFENDANT TO RESPOND TO COMPLAINT** |

Plaintiff Oakley, Inc. ("Oakley") on the one hand, and Defendant Weyco Group, Inc. ("Weyco") on the other hand, by and through their respective counsel of record in the above-captioned action, hereby agree and stipulate as follows:

1. Oakley filed its Complaint on or about March 14, 2008.

2. Oakley served Weyco with its Complaint on or about March 30, 2008.

3. Weyco's time to respond to the Complaint was originally April 19, 2008.

4. Pursuant to Southern District Local Rule 12.1, Plaintiff and Defendants have agreed to extend by 20 days the time within which Defendant

Weyco must respond to the Complaint. Defendant Weyco's responses to the Complaint are now due on or before May 9, 2008.

5. Oakley and Weyco are in the middle of settlement negotiations. This first extension of time is requested to facilitate the settlement negotiations.

**IT IS SO STIPULATED.**

DATED: April __, 2008.

                                 WEEKS, KAUFMAN, NELSON & JOHNSON

                                 By /s/ Chandler G. Weeks
                                    Chandler G. Weeks (SBN 245503)
                                    Email: office@wknjlaw.com
                                    Attorneys for Plaintiff Oakley, Inc.

DATED: April 18, 2008.

                                 By /s/ Adam L. Brookman
                                    Adam L. Brookman
                                    BOYLE FREDRICKSON, S.C,
                                    Email: abrookman@boylefred.com
                                    Attorneys for Defendant
                                       Weyco Group, Inc.