UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OAKLEY, INC., a Washington Corporation,<br><br>        Plaintiff,<br><br>  vs.<br><br>WEYCO GROUP, INC., a Wisconsin Corporation, dba NUNN BUSH,<br><br>        Defendant | Case No.: 08 CV 0480 L RBB<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT [doc. #4]** |

    Good cause appearing, the Court hereby **grants** the parties' joint motion, and orders that the Defendant answer the complaint no later than May 9, 2008.

    **IT IS SO ORDERED**.

DATED: April 23, 2008       _____
                                      M. James Lorenz
                                      U.S. District Court Judge

COPY TO:

MAGISTRATE JUDGE RUBEN B. BROOKS

ALL PARTIES/COUNSEL