**DOLL AMIR & ELEY, LLP**
GREGORY L. DOLL (SBN 193205)
MICHAEL M. AMIR (SBN 204491)
RON ST. MARIE (SBN 101398)
1888 Century Park East
Suite 1106
Los Angeles, California 90067
Telephone: (310) 557-9100
Facsimile: (310) 557-9101

**BOYLE FREDRICKSON, .S.C.**
Adam L. Brookman
Mollie A. Newcomb
840 Plankinton Avenue
Milwaukee, Wisconsin 53203
Telephone: (414) 225-9755
Facsimile: (414) 225-9753

Attorneys for Defendant
WAYCO GROUP, INC.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OAKLEY, INC.,<br><br>                Plaintiff,<br><br>vs.<br><br>WEYCO GROUP, INC., a Wisconsin Corporation, dba NUNN BUSH,<br><br>                Defendant. | CASE NO. 08CV00480-L-RBB<br><br>**ANSWER TO COMPLAINT FILED BY OAKLEY, INC.; REQUEST FOR JURY TRIAL** |

Defendant Weyco Group, Inc. ("Weyco") answers the complaint of Plaintiff Oakley, Inc. ("Oakley") as follows:

### JURISDICTION AND VENUE

1.    Admit.

### THE PARTIES

2.    Admit.

---
1
ANSWER

3. Admit.

## FACTUAL BACKGROUND

4. Weyco is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies.

5. Weyco admits that U.S. Reg. No. 2,293,046 for OAKLEY is a federally registered mark; Weyco is without knowledge or information sufficient to form a belief as to the truth of the allegation regarding Oakley's ownership of the mark and therefore denies.

6. Weyco admits that U.S. Reg. No. 2,293,046 for OAKLEY is a federally registered mark; Weyco is without knowledge or information sufficient to form a belief as to the truth of the allegation regarding Oakley's non-abandonment of the mark and therefore denies.

7. Deny.

8. Deny.

9. Weyco admits to having received written notice from Oakley as to Oakley's trademark registrations; Weyco denies any implication that it has infringed Oakley's trademark rights.

10. Weyco is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies.

11. Weyco is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies.

12. Deny.

13. Deny.

14. Deny.

15. Deny.

## FIRST CLAIM FOR RELIEF

16. Weyco's answers to the allegations of paragraphs 1-15 are repeated in response.

17. Admit.

18. Admit.

19. Weyco admits that U.S. Reg. No. 2,293,046 for OAKLEY is a federally registered mark; Weyco is without knowledge or information sufficient to form a belief as to the truth of the allegation regarding Oakley's ownership of the mark and therefore denies.

20. Weyco is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies.

21. Deny.

22. Deny.

23. Deny.

24. Deny.

25. Deny.

26. Deny.

27. Deny.

28. Deny.

## SECOND CLAIM FOR RELIEF

29. Weyco's answers to the allegations of paragraphs 1-28 are repeated in response.

30. Admit.

31. Admit.

32. Deny.

33. Deny.

34. Deny.

## AFFIRMATIVE DEFENSES

1. Defendant's use of the term "Oakley" was not trademark use and therefore cannot have infringed Plaintiff's trademark rights.

2. Defendant's use of the term "Oakley" ceased months prior to any notice or demand from Plaintiff.

3. Defendant's use of the term "Oakley" was as a style name subordinate to one or more famous trademarks of Defendant which appeared prominently on all packaging for the goods and the goods themselves. The term "Oakley" never appeared on any goods offered for sale or sold by Defendant.

4. Plaintiff has suffered no damage as a result of Defendant's use of the term "Oakley" because, among other things, Plaintiff does not sell goods which

compete with those which Defendant sold with style name "Oakley".

5. Defendant's use of the term "Oakley" was innocent.

6. Plaintiff's asserted trademark registration is invalid in that it was procured through fraud on the United States Patent and Trademark Office.

WHEREFORE, Defendant Weyco Group, Inc. demands judgment as follows:

A. Dismissing this action with prejudice and on the merits;

B. Awarding defendant its costs, disbursements, and expenses incurred in this action;

C. Awarding defendant such other and further relief as this Court deems proper.

Dated: May 9, 2008

Respectively submitted,   **DOLL AMIR & ELEY, LLP**

**BOYLE FREDRICKSON, .S.C.**


By: *[signature]*
_____
GREGORY L. DOLL
Attorneys for Defendant

## DEMAND FOR JURY TRIAL

Defendant hereby demands trial by jury.

Dated: May 9, 2008

Respectively submitted,   **DOLL AMIR & ELEY, LLP**

**BOYLE FREDRICKSON, .S.C.**

By: _____
GREGORY L. DOLL
Attorneys for Defendant