**DOLL AMIR & ELEY, LLP**
GREGORY L. DOLL (SBN 193205)
MICHAEL M. AMIR (SBN 204491)
RON ST. MARIE (SBN 101398)
1888 Century Park East
Suite 1106
Los Angeles, California 90067
Telephone: (310) 557-9100
Facsimile: (310) 557-9101

**BOYLE FREDRICKSON, .S.C.**
Adam L. Brookman
Mollie A. Newcomb
840 Plankinton Avenue
Milwaukee, Wisconsin 53203
Telephone: (414) 225-9755
Facsimile: (414) 225-9753

Attorneys for Defendant
WEYCO GROUP, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OAKLEY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> WEYCO GROUP, INC., a Wisconsin Corporation, dba NUNN BUSH, <br><br> Defendant. | CASE NO. 08CV00480-L-RBB <br><br> **PROOF OF SERVICE** |

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1888 Century Park East, Suite 1106, Los Angeles, California 90067.

On May 9, 2008, I served the foregoing document(s) described as: **ANSWER TO COMPLAINT FILED BY OAKLEY, INC.; REQUEST FOR JURY TRIAL** on the parties in this action by serving:

Gregory L. Weeks, Esq.
Janet Robertson Kaufman, Esq.
Gregory K. Nelson, Esq.
Chandler L. Weeks, Esq.
WEEKS, KAUFMAN, NELSON & JOHNSON
462 Stevens Avenue, Suite 310
Solana Beach, CA 92075
T: (858) 794-2140
F: (858) 794-2141
E: office@wknjlaw.com

( )   **By Envelope:** by placing ( ) the original ( ) a true copy thereof enclosed in sealed envelopes addressed as above and delivering such envelopes:

( )   **By Personal Service:** I delivered such envelope by hand to the offices of the addressee(s).

( )   **By Facsimile Transmission:** On May 13, 2008, I caused the above-named document to be transmitted by facsimile transmission to the offices of the addressee(s) at the facsimile number(s) so indicated above. The transmission was reported as complete and without error.

( )   **By Electronic Mail:** I scanned and submitted an electronic versions of the document via electronic mail to the attached Service List and confirmed receipt of the e-mail.

( X )   **By Electronic Filing:** Based upon my training and experience with electronic filing in the federal courts, it is my understanding that a copy of this Document, upon its submission to the Court, will be electronically served on the addressees.

Executed on May 13, 2008 at Los Angeles, California.

( )   **STATE**  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

(X)   **FEDERAL**  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

/s/
Susan Reimers