Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OAKLEY, INC., a Washington corporation<br><br>vs<br><br>WEYCO GROUP, INC., a Wisconsin corporation, dba NUNN BUSH | SUMMONS IN A CIVIL ACTION<br><br>Case No.<br><br>'08 CV 0480 L RBB |

TO: (Name and Address of Defendant)

Weyco Group, Inc. dba Nunn Bush
333 W Estabrook Blvd.
Glendale, WI 53212

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Chandler G. Weeks, Esq., of Weeks, Kaufman, Nelson & Johnson
462 Stevens Avenue, Suite 310
Solana Beach, CA 92075

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

MAR 14 2008
DATE

By _____, Deputy Clerk

Summons in a Civil Action                                  Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)