1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OAKLEY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> WEYCO GROUP, INC., a Wisconsin Corporation, dba NUNN BUSH, <br><br> Defendant. | CASE NO. 08CV00480-L-RBB <br><br> **ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION TO EXCUSE THE PERSONAL APPEARANCE OF OUT-OF-STATE PARTY REPRESENTATIVE AT THE EARLY NEUTRAL EVALUATION [DOC. NO. 10]** |

[PROPOSED] ORDER RE: *EX PARTE* APPLICATION SUBMITTED BY WEYCO GROUP, INC.

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** that Defendant Weyco Group, Inc.'s *ex parte* application to excuse the personal appearance of out-of-state representative to the Early Neutral Evaluation is GRANTED. The appropriate client representative, however, shall be available to participate by telephone if needed.

Date: June 23, 2008

_____
RUBEN B. BROOKS
United States Magistrate Judge

Respectively submitted,

**DOLL AMIR & ELEY, LLP**

**BOYLE FREDRICKSON, .S.C.**