1  Gregory L. Weeks, CSB 58584
   Janet R. Kaufman, CSB 116143
2  Gregory K. Nelson, CSB 203029
   Chandler G. Weeks, CSB 245503
3  WEEKS, KAUFMAN, NELSON & JOHNSON
   462 Stevens Ave., Suite 310
4  Solana Beach, CA 92075
   Telephone: (858) 794-2140
5  Facsimile: (858) 794-2141
   Email: office@wknjlaw.com
6
   Attorneys for Plaintiff,
7  Oakley, Inc.

8

9  Gregory L. Doll, CSB 193205
   Michael M. Amir, CSB 204491
   Ron St. Marie, CSB 101398
10 DOLL AMIR & ELEY, LLP
   1888 Century Park East, Suite 1106
11 Los Angeles, CA 90067
   Telephone: 310-557-9100
12 Facsimile:  310-557-9101

13 Attorneys for Defendant Weyco Group, Inc.

14

15                UNITED STATES DISTRICT COURT

16                SOUTHERN DISTRICT OF CALIFORNIA

17

18 OAKLEY, INC., a Washington         ) Case No.: 08 CV 0480 L RBB
19 Corporation,                       )
                                      )
20           Plaintiff,               ) JOINT MOTION FOR DISMISSAL
                                      )
21    vs.                             )
                                      )
22 WEYCO GROUP, INC., a Wisconsin     )
23 Corporation, dba NUNN BUSH,        )
                                      )
24           Defendant                )
25

26        WHEREAS, this matter has come before this Court for consideration upon

27 the Complaint of the Plaintiff, Oakley, Inc. ("Plaintiff"), for trademark

28

Joint Motion for Dismissal

infringement Plaintiff's U.S. Trademark Registration No. 2,293,046 against Defendant Weyco Group, Inc. dba Nunn Bush ("Defendant");

WHEREAS, Plaintiff. is a Washington corporation with a principal place of business at One Icon, Foothill Ranch, CA 92610;

WHEREAS, Defendant is a Wisconsin corporation with a principal place of business at 333 W. Eastabrook Blvd., Glendale, WI 53212;

WHEREAS, pursuant to Federal Rule of Civil Procedure, Rule 41(a), Plaintiff hereby voluntarily dismisses Defendant Weyco Group, Inc. dba Nunn Bush in the above captioned action with prejudice However, jurisdiction is retained by this court for the purpose of ensuring compliance with the terms of its Order and its related Settlement Agreement, and enabling the parties to apply to this Court for further orders.

DATED: July 22, 2008          WEEKS, KAUFMAN, NELSON & JOHNSON

                              _____
                              GREGORY K. NELSON
                              Attorney for Plaintiff, Oakley, Inc.

DATED: July 23, 2008          DOLL AMIR & ELEY, LLP

                              _____
                              MICHAEL M. AMIR
                              Attorney for Defendant Weyco Group, Inc.