=================================================================

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

-----------------------------------------------------------------

|   |   |
|---|---|
|   | CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE AND ORDER OF REFERENCE |
| OAKLEY, INC.     , Plaintiff(s) |   |
| v. | CASE NUMBER:  08CV00480-L-RBB |
| WEYCO GROUP, INC.     , Defendant(s) |   |

=================================================================

### CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. 636(c) and FRCP 73, the parties in this case hereby voluntarily consent to have United States Magistrate Judge _____Ruben B. Brooks_____ conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment.

| Signatures | Date |
|---|---|
| [signature] | 7/22/08 |
| [signature] | 7/23/08 |

The parties having settled this case, and by signing below, further voluntarily consent to United States Magistrate Judge _____Ruben B. Brooks_____ deciding:
(1) all disputes regarding settlement terms arising during the documentation thereof not resolved by the parties themselves; and,
(2) all disputes arising out of the terms of the settlement agreement once completed;
AND, that any decision by the Magistrate Judge regarding any such dispute(s), 1 or 2, above, shall be **FINAL AND BINDING, WITH NO APPEAL**. The intent of the parties is to provide the Magistrate Judge plenary authority to achieve finality regarding disputes between/among the parties, to reduce the risk of future litigation, minimize expense, and afford a venue for the parties to solve disputes with a minimum of expense.

| Signatures | Date |
|---|---|
| [signature] | 7/22/08 |
| [signature] | 7/23/08 |

### ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable _____Ruben B. Brooks_____ United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c), FRCP 73 and the foregoing consent of the parties.

| Date | United States District Judge |
|---|---|

K:\COMMON\CSA\forms\2005\cvconsent.wpd