## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

OAKLEY v. WEYCO GROUP                                Case No. 08cv0480 L(RBB)
                                                     **Time Spent:** _____

HON. RUBEN B. BROOKS   CT. DEPUTY VICKY LEE                        Rptr. _____

                                Attorneys
          Plaintiffs                              Defendants

Gregory Nelson                            Michael Amir
Chandler Weeks

PROCEEDINGS:   ____ In Chambers     ____ In Court     ____ Telephonic


The settlement disposition conference on August 8, 2008, at 8:00 a.m. is vacated.

The joint motion for dismissal was filed on July 23, 2008.


DATE: July 23, 2008            IT IS SO ORDERED:   *Ruben Brooks*
                                                   Ruben B. Brooks,
                                                   U.S. Magistrate Judge
cc: Judge Lorenz                            INITIALS: VL (mg/irc) Deputy
    All Parties of Record