1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OAKLEY, INC., a Washington Corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>WEYCO GROUP, INC., a Wisconsin Corporation, dba NUNN BUSH,<br><br>          Defendant | Case No.: 08 CV 0480 L RBB<br><br>ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE  [doc. #14] |

The Court has approved the Joint Motion for Dismissal submitted by the parties and GRANTS the Joint Motion for Dismissal of the entire action, with prejudice.

IT IS SO ORDERED.

DATED:  July 24, 2008

_____
M. James Lorenz
United States District Judge

COPY TO:

HON. RUBEN B. BROOKS
UNITED STATES MAGISTRATE JUDGE
ALL PARTIES/COUNSEL

Order Granting Joint Motion for Dismissal